Prob 12C
(Rev. 3/95 D/HI)

**ORIGINAL**

# United States District Court

for the

## DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 25 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

U.S.A. vs. THAO THI NGUYEN, a.k.a. "Mimi Thao Ray"   Docket No. CR 01-00314SOM-13

### AMENDED REQUEST FOR COURSE OF ACTION
(Statement of Alleged Violations of Probation)

COMES NOW JONATHAN K. SKEDELESKI, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of THAO THI NGUYEN, a.k.a. "Mimi Thao Ray," who was placed on supervision by the Honorable Susan Oki Mollway, sitting in the Court at Honolulu, Hawaii, on the 13th day of September 2002, who fixed the period of supervision at 3 years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. That the defendant is prohibited from possessing any illegal or dangerous weapons.

2. That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office.

3. That the fine of $1,000.00 is due immediately and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of her monthly gross income.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Alleged Violation(s) of Probation

That the alleged Violation No. 2 in the Request for Course of Action filed on 12/7/2005 be amended to read:

2. On 12/16/2005, the subject was found guilty by jury trial of Promoting a Dangerous Drug in the First and Second Degree, in violation of Hawaii Revised Statute §§ 712-1241 and 712-1242, respectively. Both, in violation of the General Condition and Standard Condition No. 7.

Prob 12C
(Rev. 3/95 D/HI)

2

---

PRAYING THAT THE COURT WILL ORDER ONE OF THE FOLLOWING COURSES OF ACTION:

[X]   That the Request for Court Action filed on 12/7/2005 be amended to read as noted above and that the subject be brought before the Court to show cause why supervised release should not be revoked.

[ ]   Other

                I declare under penalty of perjury that the foregoing is true and correct

                Executed on  4/21/2006

                JONATHAN K. SKEDELESKI
                U.S. Probation Officer

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Prob 12C
(Rev. 3/95 D/HI)

3

## ORDER OF COURT

THE COURT ORDERS that alleged Violation No. 2 in the Request for Course of Action filed on 12/7/2005 be amended to read as noted above and that the subject be brought before the Court to show cause why supervision should not be revoked.

Considered and ordered this 21st day of April, 2006, and ordered filed and made a part of the records in the above case.

/s/ Susan Oki Mollway
SUSAN OKI MOLLWAY
U.S. District Judge

Re: NGUYEN, Thao Thi, a.k.a. "Mimi Thao Ray"
Criminal No. CR 01-00314SOM-13
REVOCATION OF PROBATION

## STATEMENT OF FACTS

As summarized in Violation No. 2 in the Request for Course of Action filed on 12/7/2005, the subject allegedly engaged in new criminal activity. Specifically, she was in possession of relatively large amounts of methamphetamine and cocaine. Since the filing of the petition, the subject was convicted and subsequently sentenced in Circuit Court of the First Circuit, State of Hawaii.

On 12/16/2005, the subject was convicted by jury trial of Count 1: Promoting a Dangerous Drug in the First Degree (§ 712-1241(1)(a)(i), H.R.S.); and Count 2: Promoting a Dangerous Drug in the Second Degree (§ 712-1242(1)(b)(i), H.R.S.). According to the Judgment of Conviction and Sentence in Criminal No. 05-1-1175, on 3/21/2006, The Honorable Karl K. Sakamoto sentenced the subject to twenty (20) years imprisonment in Count 1 with a mandatory minimum of six (6) years and eight (8) months as a repeat offender, and ten (10) years imprisonment in Count 2 with a mandatory minimum of three (3) years and four (4) months as a repeat offender; to run concurrent with one another and with any other sentence now being served; and to be given credit for time served.

We respectfully recommend that Violation No. 2 in the Request of Course of Action filed on 12/7/2005 be amended to reflect the subject's conviction. For facts and circumstances surrounding the new criminal conduct, please refer to the Statement of Facts in the Request for Course of action filed on 12/7/2005.

Respectfully submitted by,

JONATHAN K. SKEDELESKI
U.S. Probation Officer

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

JKS/dck

Re: NGUYEN, Thao Thi, a.k.a. "Mimi Thao Ray"
Criminal No. CR 01-00314SOM-13
REVOCATION OF PROBATION
STATEMENT OF FACTS - Page 2

**NOTICE OF ADDITIONAL CONDITION(S) OF SUPERVISION THAT MAY WARRANT CONSIDERATION**

That the defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.