**ORIGINAL**

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LORETTA SHEEHAN #4160
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

LODGED MAY 1 6 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 1 8 2006
at 11 o'clock and 14 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,           )   CR. NO. 01-00314-13 SOM
                                    )
              Plaintiff,            )   WRIT OF HABEAS CORPUS AD
                                    )   PROSEQUENDUM
    vs.                             )
                                    )
                                    )
THAO THI NGUYEN,                    )
a.k.a. Mimi Thao Ray,               )
                                    )
              Defendant.            )
                                    )

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  The Administrator, Oahu Community Correctional Center, 2199
     Kamehameha Highway, Honolulu, Hawaii; and to the United
     States Marshal for the District of Hawaii, or his/her
     assistant.

G R E E T I N G S

We command that you, the Administrator of the Oahu Community Correctional Center, 2199 Kamehameha Highway, Honolulu, Hawaii, produce the body of THAO THI NGUYEN, a.k.a. MIMI THAO RAY, now in your custody to the United States Marshal, District of Hawaii, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, and further that the United States Marshal upon

taking custody of said defendant produce said defendant before the Honorable Susan Oki Mollway, United States District Court Judge, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on June 1, 2006 at 2:15 p.m. for a hearing on a Motion to Revoke Probation of said defendant, and also at such other times as may be ordered by this Court, and have you then and there this Writ.

Custody of said THAO THI NGUYEN a.k.a. MIMI THAO RAY shall remain with the United States Marshal. The delivery of the body of said THAO THI NGUYEN a.k.a. MIMI THAO RAY by the United States Marshal to the courtroom of the Honorable Susan Oki Mollway as aforesaid until termination of the criminal charges now pending against defendant and the return by the United States Marshal of said THAO THI NGUYEN a.k.a. MIMI THAO RAY to the custody of the Oahu Community Correctional Center, shall be deemed sufficient compliance with this Writ.

WITNESS the Honorable Kevin S.C. Chang, Magistrate of the United States District Court for the District of Hawaii.

DATED: MAY 1 8 2006, at Honolulu, Hawaii.

SUE BEITIA    Clerk
United States District Court
for the District of Hawaii

_____
DEPUTY CLERK

United States v. Thao Thi Nguyen a.k.a. Mimi Thao Ray
Criminal No. 01-0341-13 SOM
"Writ of Habeas Corpus Ad Prosequendum"