EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LORETTA SHEEHAN #4160
Assistant U.S. Attorney
Room 6100 PJKK, Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

ORIGINAL

JUN 0 9 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

LODGED

JUN 0 7 2006
B.S.Spmkg
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,          )    CR. NO. 01-00314-13 SOM
                                   )
                                   )    APPLICATION AND ORDER FOR
                  Plaintiff,       )    WRIT OF HABEAS CORPUS AD
                                   )    PROSEQUENDUM
       vs.                         )
                                   )
                                   )
THAO THI NGUYEN,          (13)     )
a.k.a. Mimi Thao Ray,              )
                                   )
                  Defendant.       )
_____)

APPLICATION AND ORDER FOR
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

        COMES NOW the UNITED STATES OF AMERICA, by the United

States Attorney, and represents and shows:

        That there is now detained in the Otter Creek

Correctional Center Highway 306 P.O. Box 500 Wheelwright,

Kentucky 41669-0500, in the custody of the Administrator thereof,

the defendant THAO THI NGUYEN a.k.a. MIMI THAO RAY in the

above-entitled case, which case will be called for hearing on

Motion to Revoke Probation on July 20, 2006 at 3:45 p.m., and

that it is necessary to have said defendant present in the

courtroom of the Honorable Susan Oki Mollway, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii; in order to secure the presence of defendant it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding said Administrator to produce said defendant to the United States Marshal in order to procure her presence in said courtroom on said date, and at such other dates as may be necessary until termination of the criminal charges now pending against the defendant.

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum out of and under the seal of this Court, directed to said Administrator commanding him to have and produce the above-named defendant to the United States Marshal, in order to procure defendant's presence before the Honorable Susan Oki Mollway in said courtroom, on said date and time, and from day to day thereafter as may be necessary; the United States Marshal shall retain custody of defendant and at the termination of the criminal charges now pending against defendant return her to the Otter Creek Correctional Center.

DATED:     June 7, 2006          , at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By    Loretta Sheehan
      LORETTA SHEEHAN
      Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

O R D E R

     Upon reading and filing the foregoing Application in that behalf;

     IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued as prayed for herein;

     DATED:  Honolulu, Hawaii, _____6.8.2006_____.

_____
UNITED STATES MAGISTRATE JUDGE

United States of America v. Thao Thi Nguyen a.k.a. Mimi Thao Ray
Cr. No. 01-00314-13 SOM
Application and Order for Writ of
Habeas Corpus Ad Prosequendum