ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LORETTA SHEEHAN #4160
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 9 2006

at __ o'clock and __ min __M
SUE BEITIA, CLERK

LODGED

JUN 0 7 2006
3:55 pm

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 01-00314-13 SOM |
| Plaintiff, | ) | WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| vs. | ) | |
| THAO THI NGUYEN,<br>a.k.a. Mimi Thao Ray, | ) | |
| Defendant. | ) | |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: The Administrator, Otter Creek Correctional Center, Highway 306 P.O. Box 500 Wheelwright, Kentucky 41669-0500; and to the United States Marshal for the District of Hawaii, or his/her assistant.

G R E E T I N G S

We command that you, the Administrator of the Otter Creek Correctional Center Highway 306 P.O. Box 500 Wheelwright, Kentucky 41669-0500, produce the body of THAO THI NGUYEN, a.k.a. MIMI THAO RAY, now in your custody to the United States Marshal, District of Hawaii, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, and further that the United States

Marshal upon taking custody of said defendant produce said defendant before the Honorable Susan Oki Mollway, United States District Court Judge, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on July 20, 2006 at 3:45 p.m. for a hearing on a Motion to Revoke Probation of said defendant, and also at such other times as may be ordered by this Court, and have you then and there this Writ.

Custody of said THAO THI NGUYEN a.k.a. MIMI THAO RAY shall remain with the United States Marshal. The delivery of the body of said THAO THI NGUYEN a.k.a. MIMI THAO RAY by the United States Marshal to the courtroom of the Honorable Susan Oki Mollway as aforesaid until termination of the criminal charges now pending against defendant and the return by the United States Marshal of said THAO THI NGUYEN a.k.a. MIMI THAO RAY to the custody of the Oahu Community Correctional Center, shall be deemed sufficient compliance with this Writ.

WITNESS the Honorable Kevin S.C. Chang, Magistrate of the United States District Court for the District of Hawaii.

DATED: _____JUN 9 2006_____, at Honolulu, Hawaii.

SUE BEITIA, Clerk
United States District Court
for the District of Hawaii

_____
DEPUTY CLERK


United States v. Thao Thi Nguyen a.k.a. Mimi Thao Ray
Criminal No. 01-0314-13 SOM
"Writ of Habeas Corpus Ad Prosequendum"