# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

8/21/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 01-00314SOM |
| CASE NAME: | USA vs. (13) Thao Thi Nguyen |
| ATTYS FOR PLA: | Loretta Sheehan |
| ATTYS FOR DEFT: | 13 David Bettencourt |
| | Jonathan Skedeleski (USPO) |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 8/21/2006 | TIME: | 3:25 - 3:40 |

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant (13) Thao Thi Nguyen present and in custody.

Defendant admits to violations 1 and 2.

Court finds that there is sufficient evidence to support both violations and the defendant has not met the conditions of supervised release.

Supervised release is revoked.

Allocution by the Defendant.

ADJUDGED:

Imprisonment: 12 Months to be served consecutively to State of Hawaii's Criminal No. 05-1-1175 in Counts 1 and 2.

Defendant advised of her right to appeal

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.

Case 1:01-cr-00314-SOM     Document 601     Filed 08/21/2006     Page 2 of 2