AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case for Revocation

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 4 2006

at _10_ o'clock and _40_ min. _A_ M
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**THAO THI NGUYEN, aka "Mimi Thao Ray:"**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br><br>Criminal Number: 01CR00314-013<br>USM Number: 85156-022<br>**David Bettencourt Esq.**<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  admitted guilt to violation of conditions <u>General Condition and Standard Condition Nos. 2 and 7</u> of the term of supervision.

[ ]  was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

   The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | AUGUST 21, 2006 |
|---|---|
| Defendant's Soc. Sec. No.: | Date of Imposition of Sentence |
| Defendant's Residence Address:<br>**None** | _[signature]_<br>Signature of Judicial Officer |
| Defendant's Mailing Address:<br>**None** | **SUSAN OKI MOLLWAY**, United States District Judge<br>Name & Title of Judicial Officer |
| | AUG 2 3 2006<br>Date |

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| | | |
|---|---|---|
| CASE NUMBER: | 01CR00314-013 | Judgment - Page 2 of 3 |
| DEFENDANT: | THAO THI NGUYEN, aka "Mimi Thao Ray:" | |

### ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Following her release from State of Hawaii custody on 8/19/04, the Subject failed to report to the Probation Officer and failed to submit a truthful and complete written report within the first five days of each month from 8/19/2004 to her subsequent detention on 5/21/05 | |
| 2 | Subject was found guilty by jury trial of Promoting a Dangerous Drug in the First and Second Degree, in violation of Hawaii Revised Statute 712-1241 and 712-1242 | 12/16/05 |

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 01CR00314-013 | Judgment - Page 3 of 3 |
| DEFENDANT: THAO THI NGUYEN, aka "Mimi Thao Ray:" | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of TWELVE (12) MONTHS.

This term consists of TWELVE (12) MONTHS to be served consecutively to State of Hawaii's Criminal No. 05-1-1175 in Counts 1 and 2.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

___

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal