AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 20 2006

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 01-00314-13 SOM |

THAO THI NGUYEN, a.k.a. "Mimi Thao Ray"

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST THAO THI NGUYEN, a.k.a. "Mimi Thao Ray" and bring him or her forthwith to the nearest district/ magistrate judge to answer a Superceding Indictment, charging him or her with (brief description of offense)

Order to Show Cause Why Supervision Should Not Be Revoked

RECEIVED
2005 DEC -8 AM 7:04
U.S. MARSHALS SERVICE
HONOLULU HI

in violation of Title   United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *signature* | 12-07-05 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL WARRANT    By: Susan Oki Mollway, United States District Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received 12/5/06 Date of Arrest 7/11/06 | NAME AND TITLE OF ARRESTING OFFICER Tony Cali DUSM | SIGNATURE OF ARRESTING OFFICER *signature* |
|---|---|---|