CORRESPONDENCE

# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD, ROOM C-409
HONOLULU, HAWAII 96850-0409

SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

TELEPHONE
(808) 541-1720
FACSIMILE
(808) 541-1724

May 1, 2007

Ms. Thao Thi Nguyen
U.S.M.S. #85156-022, #A0137486
Otter Creek Correctional Center
P.O. Box 500
Wheelwright, Kentucky 41660-0500

**Re: United States of America v. Thao Thi Nguyen; Cr. 01-00314-013**

Dear Ms. Nguyen:

I received your letter dated Mach 7, 2007, in which you raised concerns regarding the calculation of credit for the time you have served. I have been assured your attorney, David Bettencourt, is addressing this on your behalf. You should continue to keep in contact with Mr. Bettencourt.

Very truly yours,

Susan Oki Mollway
United States District Judge

cc: David Bettencourt
    Loretta A. Sheehan
    Jonathan K. Skedeleski